168 A.3d 66

**TRADITIONS AT GREENWAY FARM**

v.

**NOVO REALTY**

**Pet. Docket No. 165, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 461, Sept. Term, 2016).

Petition for writ of certiorari denied

168 A.3d 66

**TREVILLIAN PROPERTIES**

v.

**ETHERIDGE**

**Pet. Docket No. 179, Sept. Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

Opinion of the Court of Special Appeals unreported (No. 738, Sept. Term, 2016).

Petition for writ of certiorari denied